657 A.2d 435

IN THE MATTER OF HAMLET E. GOORE,
JR., AN ATTORNEY AT LAW.

May 3, 1995.

## ORDER

The Disciplinary Review Board having filed a report with the Court recommending that **HAMLET E. GOORE, JR.,** of **EAST**

ORANGE, who was admitted to the bar of this State in 1971, be reprimanded for violating *RPC* 1.1 (gross neglect and pattern of neglect), *RPC* 1.3 (lack of diligence), *RPC* 1.4 (failure to communicate), *RPC* 1.15 and *Rule* 1:21–6(c) (failure to maintain proper books and records), *RPC* 3.3 (lack of candor before a tribunal), *RPC* 4.1(a)(1) (knowingly making a false statement) and *RPC* 8.4(c) (conduct involving deceit or misrepresentation), and good cause appearing;

It is ORDERED that the report and recommendation of the Disciplinary Review Board are adopted and **HAMLET E. GOORE, JR.,** is hereby reprimanded;  and it is further

ORDERED that should respondent resume the practice of law he shall do so only on notice to the Office of Attorney Ethics and under the supervision of a practicing attorney approved by the Office of Attorney Ethics;  and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State;  and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.